PER CURIAM.

(No. 74-CC-15—Claimant

DEAN BUSINESS EQUIPMENT COMPANY, Claimant, vs. STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed August 15, 1973.*

FLOYD R. DEAN, for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.